1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona

3  LON R. LEAVITT
   Assistant United States Attorney
4  Utah State Bar No. 11245
   Two Renaissance Square
5  40 North Central Avenue, Suite 1800
   Phoenix, Arizona 85004-4408
6  Telephone: (602) 514-7500
   Facsimile: (602) 514-7693
7  Lon.R.Leavitt@usdoj.gov

8  *Attorneys for R. Alexander Acosta,*
   *Secretary of Labor, United States*
9  *Department of Labor*

10                     **UNITED STATES DISTRICT COURT**

11                            **DISTRICT OF ARIZONA**

| | |
|---|---|
| R. Alexander Acosta, Secretary of Labor, United States Department of Labor, | CV-18-01861-PHX-RM |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| Local 7040, Communications Workers of America, | |
| Defendant. | |

For the past few months, Communications Workers of America ("CWA") International has been in the process of merging Local 7040 with another Phoenix-area CWA local union (Local 7019). The merger, which was approved and finalized by the CWA International Executive Board on March 27, 2019, caused at least five of the Local 7040 positions, including the positions at issue in this case, to become Local 7019 positions and effectively eliminated any other positions that previously existed at Local 7040. Thus, the need for a supervised election for the previous Local 7040 positions has been negated.

/ / /

/ / /

- 1 -

1  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate to and request the dismissal of this action with prejudice.  A proposed Order of Dismissal is submitted concurrently herewith.

Respectfully submitted this 15th day of April, 2019.

        ELIZABETH A. STRANGE
        First Assistant United States Attorney
        District of Arizona

        s/ Lon R. Leavitt

        _____
        LON R. LEAVITT
        Assistant United States Attorney
        Counsel for Plaintiff

Respectfully submitted this 15th day of April, 2019.

        LUBIN & ENOCH, P.C.

        s/ Nicholas J. Enoch (with permission)

        _____
        NICHOLAS J. ENOCH
        Counsel for Defendant