# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| R Alexander Acosta,<br><br>       Plaintiff,<br><br>v.<br><br>Local 7040 Communications Workers of America,<br><br>       Defendant. | No. CV-18-01861-PHX-RM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal.  (Doc. 30.)  Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 30) is **approved**.  This action is **dismissed with prejudice**.  The Clerk of Court is directed to close this case.

**IT IS FURTHER ORDERED** that all pending motions, including the Motion to Dismiss (Doc. 12), are **denied as moot**.

Dated this 15th day of April, 2019.

_____
Honorable Rosemary Márquez
United States District Judge